IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE MARTIN,

        Petitioner,                      No. CIV S-07-0538 RRB KJM P

    vs.

G.J. GIURBINO, Warden,

        Respondent.               ORDER TO SHOW CAUSE

                                 /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 13, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

/////
/////
/////
/////
/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,
2 within twenty days, why respondent's July 13, 2007 motion to dismiss should not be granted.
3 Failure to comply with this order will result in a recommendation that this action be dismissed
4 pursuant Federal Rule of Civil Procedure 41(b).
5 DATED: September 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2
mart0538.46

2