IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEE MARTIN,

     Petitioner,                    No. CIV S-07-0538 RRB KJM P

     vs.

C.J. GIURBINO,

     Respondent.                FINDINGS & RECOMMENDATIONS

_____/

        On July 13, 2007 defendants filed a motion to dismiss, arguing that the action was filed outside the statute of limitations. On September 17, 2007, the court directed petitioner to show cause why the motion should not be granted. Plaintiff has not opposed the motion or otherwise responded to the court's order.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On September 17, 2007 plaintiff was advised that failure to oppose such a motion may be deemed a waiver of opposition to the motion and that failure to respond the order would result in a recommendation that the action be dismissed for failure to prosecute.

/////

1  Accordingly, IT IS HEREBY RECOMMENDED that the action be dismissed
2 under the authority of Fed. R. Civ. P. 41(b)
3  These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within ten days after service of the objections.  The parties are advised
9 that failure to file objections within the specified time may waive the right to appeal the District
10 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
11 DATED: October 12, 2007.

_____
U.S. MAGISTRATE JUDGE

mart0538.46